**MANDATE**

1 : 09-cv-713
Trial Judge: P. Kevin Castel

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of January, two thousand and eleven,

_____

Ramon de Oliveira,

Plaintiff - Appellant,

v.

Bessemer Trust Company, N.A.,

Defendant - Appellee.

_____

**ORDER**
Docket Number: 10-1595

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN. 19, 2011

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42 . Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe, Clerk

Anna Steglich, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/19/2011